# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SAM CARLISLE,<br><br>            Plaintiff,<br><br>v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., KEVIN P. CHILTON, THOMAS A. CORCORAN, EILEEN P. DRAKE, JAMES R. HENDERSON, WARREN G. LICHTENSTEIN, LANCE W. LORD, AUDREY A. MCNIFF, and MARTIN TURCHIN,<br><br>            Defendants. | Case No. 1:21-cv-00281-MN<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated:  March 10, 2021

                                      **LONG LAW, LLC**

                               By:  */s/ Brian D. Long*
                                    Brian D. Long (#4347)
                                    3828 Kennett Pike, Suite 208
                                    Wilmington, DE 19807
                                    Telephone: (302) 729-9100
                                    Email: BDLong@longlawde.com

                                    *Attorneys for Plaintiff*